UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------------ x

DERRICK U. DENNIS, on behalf of himself and
all others similarly situated,

                   Plaintiffs,

v.

DULUTH HOLDINGS, INC.,

                   Defendant.

------------------------------------------------------------------ x

Case No.: 19-cv-00679 (FB)(PK)

**STIPULATION AND ORDER OF DISMISSAL WITH <u>PREJUDICE</u>**

    **IT IS HEREBY STIPULATED AND AGEED** between Plaintiff, Derrick U. Dennis, and Defendant, Duluth Holdings, Inc., through their respective undersigned counsel, that the above-captioned action is discontinued and is hereby dismissed with prejudice, without costs or attorneys' fees to any party.

Dated this ____ day of May, 2019.

**SHALOM LAW, PLLC**

*[signature]*

Jonathan Shalom, Esq.

124-04 Metropolitan Avenue
Kew Gardens, NY 11415
718-971-9474
jshalom@jonathanshalomlaw.com
*Attorneys for Plaintiff Derrick U. Dennis*

Dated this _3_ day of June, 2019.

**TANNENBAUM HELPERN SYRACUSE & HIRSCHTRITT, LLP**

*[signature]*

Elizabeth E. Schlissel, Esq.
Andrew W. Singer, Esq.

900 Third Avenue
New York, New York 10022
212-508-6714
schlissel@thsh.com
singer@thsh.com
*Attorneys for Defendant Duluth Holdings, Inc.*

SO ORDERED:

_____
Hon. Frederic Block, USDJ